*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**U.S. BANK, NATIONAL ASSOCIATION,**
*as Legal Title Trustee for Truman 2016 SC6 Title Trust,*
                                   **Plaintiff,**


                 **vs.**                                          **6:26-CV-70  (MAD/MJK)**

**CARMINE P. AMELIO, PAUL A. AMELIO,**
**ALFONSO AMELIO, MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEMS, INC.,**
**QUICKEN LOANS, INC., and JOHN DOE #1 through JOHN DOE #12,**
                                   **Defendants.**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that Magistrate Judge Katz's Order and Report-Recommendation (Dkt. No. 25)  is **ADOPTED** as modified herein; and the Court further **ORDERS** that Amelio Defendants' notice of removal (Dkt. No. 1) is **DISMISSED** with prejudice; and the Court further **ORDERS** that Amelio Defendants' emergency supplemental motion (Dkt. No. 19) is **DENIED**; and the Court further **ORDERS** that Plaintiff's motion to remand (Dkt. No. 18) is **DENIED as moot**; and the Court further **ORDERS** that Plaintiff's motion for costs and attorneys' fees (Dkt. No. 18) is **DENIED**; and the Court further **ORDERS** that Magistrate Judge Katz's denial of Amelio Defendants' motion to enforce removal stay and to declare post-removal state court actions null and void (Dkt. No. 7) remain undisturbed; and the Court further **ORDERS** that this matter be referred to Chief Judge Brenda K. Sannes for consideration of an order limiting Amelio Defendants' ability to initiate further litigation in this District pursuant to 28 U.S.C. § 1651(a); and the Court further **ORDERS** that the Court's Text Order requiring Plaintiff to maintain the status quo as to the foreclosed-upon property's title (Dkt. No. 20) is **DISSOLVED**; and the Court further **ORDERS** the Amelio Defendants to SHOW CAUSE, within fourteen (14) days of the date of this Memorandum-Decision and Order, why they should not be sanctioned under Rule 11, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 22nd day of May, 2026.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Amelio Defendants are sanctioned, jointly and severally, in the amount of $1,500 for violating Rule 11, all of the above pursuant to the Order of the Honorable Judge Mae A. D'Agostino, dated the 18th day of June, 2026.

DATED: June 18, 2026

Clerk of Court

s/Britney Norton
Deputy Clerk