**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
(UTICA DIVISION)**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>        Plaintiff,<br><br>-against-<br><br>CARMINE P. AMELIO; PAUL A. AMELIO; ALFONSO AMELIO; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUICKEN LOANS, INC.,<br><br>        Defendants. | CASE NO.: 6:26-cv-0070 MAD/MJK<br>Trial By Jury Requested |

**DECLARATION OF CARMINE P. AMELIO IN SUPPORT OF DEFENDANTS'
RULE 59(e) MOTION**

I, Carmine P. Amelio, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.  I am a named Defendant in the above-captioned action, appearing pro se on behalf of myself and as authorized to speak for co-Defendants Paul A. Amelio and Alfonso Amelio with respect to the facts set forth herein. I have personal knowledge of these facts.

2.  On or about June 17-18, 2026, while reviewing the CM/ECF electronic docket in this case, I discovered for the first time that this Court had entered a Memorandum-Decision and Order on

May 22, 2026 (Dkt. No. 34). Prior to that date, I had not received this Order by mail or by any other means.

**3.** I have confirmed with Paul A. Amelio and Alfonso Amelio that neither of them received the Order by mail or any other means prior to our shared discovery of it on the CM/ECF docket on or about June 17-18, 2026.

**4.** I am aware that the Court's own docket reflects the following: (a) a Clerk's Correction entered May 26, 2026 stating that a postage meter failure on May 22, 2026 prevented the Order from being mailed as originally directed; and (b) Dkt. Nos. 37, 38, and 39, each entered June 17, 2026, reflecting that certified mail addressed individually to each of the three Defendants was returned marked "Not Deliverable as Addressed — Unable to Forward."

**5.** The mailing address used by the Court — 37 Main Street #337, New Milford, CT 06776 — is a United States Postal Service mailbox. This mailbox successfully received multiple prior mailings from this Court earlier in this case, including the Order and Report-Recommendation (Dkt. No. 25) and the Text Orders extending the objection deadline (Dkt. Nos. 27, 29).

**6.** The USPS mailbox at 37 Main Street #337, New Milford, CT 06776 lapsed on or about June 1, 2026, because the periodic rental payment for the mailbox came due at that time and was not timely paid. I have been granted *in forma pauperis* status in this very proceeding (Dkt. No. 25), reflecting a judicial finding of my financial indigence, and the missed mailbox payment in early

June 2026 arose from that same financial hardship. This mailbox had been continuously active and in good standing throughout the earlier months of this case, and it successfully received the Order and Report-Recommendation (Dkt. No. 25, mailed March 17, 2026) and the Text Orders extending the objection deadline (Dkt. Nos. 27 and 29, mailed March 31 and April 2, 2026, respectively). The lapse on or about June 1, 2026 was an isolated event tied to that specific payment cycle, not a chronic or pre-existing condition of the mailbox, and it has since been cured: the rental has been renewed and the mailbox is again active. Had the Order (Dkt. No. 34) been mailed on May 22, 2026, as originally directed — before the Court's own postage meter failure delayed mailing — the mailbox would still have been active at that time, and the Order would have been received in the same manner as the prior mailings. The delay caused by the postage meter failure created the window, beginning June 1, 2026, during which the mailbox lapsed, and that lapse directly caused the non-delivery confirmed by Dkt. Nos. 37, 38, and 39.

7. I did not receive any USPS notice of attempted delivery or pickup for the certified mail addressed to me or to my co-Defendants in connection with this Order.

8. Upon discovering the Order on or about June 17-18, 2026, I began immediately preparing this motion and the accompanying papers, which are being filed as promptly as possible thereafter, on June 22, 2026.

9. I am also aware that Plaintiff filed a Response in Opposition to Defendants' Motion to Recuse (Dkt. No. 35) on May 26, 2026. I have not received a copy of that filing either. I respectfully

request that the Court direct that it be re-served upon Defendants, with an opportunity to reply, before any ruling is made on the recusal motion.

**10.** I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 22, 2026

New Milford, CT                              Respectfully submitted,

Carmine Amelio, *Defendant Pro Se*

37 Main Street #337
New Milford, CT 06776
Phone: 412-612-6774
e. cpamelio@gmail.com