**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
(UTICA DIVISION)**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>    Plaintiff,<br><br>-against-<br><br>CARMINE P. AMELIO; PAUL A. AMELIO; ALFONSO AMELIO; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUICKEN LOANS, INC.,<br><br>    Defendants. | CASE NO.: 6:26-cv-0070 MAD/MJK<br>Trial By Jury Requested<br><br>Removed from:<br>Supreme Court of the State of New York, Oneida County<br>Index No: EFCA2023-000004 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served upon the following parties or counsel via electronic and/or US Mail on this 22nd day of June, 2026:

Henry P. DiStefano, Esq., Juliana Thibaut, Esq., Franklin Chiu, Esq., Sean Monahan, Esq.
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530


Dated: June 22, 2026                    Respectfully submitted,
        New Milford, CT


_Carmine Amelio, Defendant Pro Se_

37 Main Street #337
New Milford, CT 06776
Phone: 412-612-6774
e. cpamelio@gmail.com